Davidson et v. Wellsville (City).......19109
Detroit, Tol. & I. R. R. v. Rohrs........19113
Detroit, Tol. & I. R. R. v. Vogeley......19114
Esser v. Dues et......................19112
Industrial Comm. et v. Snyder et........19108
Madjorous v. State ....................19118
Mid. Creosoting Co. v. G. A. Tank. Car...19116
Palmer v. State ......................19111
Pulliam v. W. O. F. Laboratories et al...19110
Smith et v. Campbell .................19107
State ex v. Brown ...................19106
Tingley et v. Waymire et .............19117
Toledo, F. & F. R. Co. v. Tol. & O. C....19089
Vollrath v. Marshall .................19101

#### APRIL 24, 1925

19089—Toledo, Fost. & Find. Ry. v. Tol. & O. C. R. R. Co; motion to Lucas Appeals to certify Denman, Wilson, Miller & Wall, Toledo, for pltf; Doyle & Lewis, Toledo, for deft.

19101—Edward Volrath, Exr. etc. v. Anna E. Marshall; motion to Crawford Appeals to certify. Clarence U. Ahl, for pltf; W. J. Schwench, for deft; all of Bucyrus.

#### APRIL 28, 1925

19106—State ex rel C. C. Janes v. Thad H. Brown, Secretary of State; in mandamus. J. F. Atwood, C. D. Saviers, Columbus, W. D. Meals, Cleveland, for pltf; C. C. Crabbe, Columbus, for deft.

19107—John H. Smith et al v. Elmer Campbell; motion to Putnam Appeals to certify. A. G. Fuller, Findlay, R. S. Steiner, Lima, for pltf; Wm. Klinger, Lima, J. P. Leasure, Ottawa, for deft.

19108—Industrial Commission et al v. Bert Snyder et al; motion to Darke Appeals to certify. C. C. Crabbe, W. E. Benoy, Columbus, O. J. Myers, J. F. Maber, Greenville, for pltf; Mannix, Crawford & Billingsley, and M. B. Trainor, Greenville, H. T. Mather, Sidney, for deft.

#### MAY 1, 1925

19109—Wm. Davidson et al v. Wellsville (City). Jones, Hill & Davidson, East Liverpool, for pltf; G. D. Ingram, Wellsville, Chas. Boyd, East Liverpool, for deft.

19110—L. R. Pulliam v. W. O. F. Laboratories et al. Thompson, Hine & Yory, Cleveland, for pltf; Tolles, Hogsett, Ginn & Worley, Cleveland, for deft.

#### MAY 2, 1925

19111—Charles Palmer v. State of Ohio; motion to Athens Appeals to certify. Woolley & Rowlands, Athens, for pltf; R. W. Finsterwald, Pros. Atty., Athens, for deft.

#### MAY 4, 1925

19112—Rudolph Esser v. Joseph J. Dues and Anna Dues; motion to Auglaize Appeals to certify. Koenig & Lusk, Wapakoneta, for pltf; J. H. Golke, Lima, and Andérson & Boesel, Wapakoneta, for defts.

19113—Detroit, Toledo & Ironton R. R. Co. v. John D. Rohrs;motion to Fulton Appeals to certify. F. S. and M. Ham, Wauseon, for pltf; Ward & Johnson, Wauseon, for deft.

19114—Detroit, Toledo & Ironton R. R. Co. v. Minnie Vogeley; motion to Fulton Appeals to certify. F. S. and J. M. Ham, Wauseon, for pltf; R. B. Darby and Paxon & Canfield, Wauseon, for deft.

#### MAY 5, 1925

19116—Midland Creosoting Co. v. General American Tank Car Corp; motion to Lucas Appeals to certify. Ralph Emery, Toledo, for pltf; Tyler, McMahon & Smith, Toledo, and Stein, Mayer & David, Chicago, Ill., for deft.

19117—Frank Tingley et al v. Florence Waymire et al; motion to Greene Appeals to certify. Miller & Finney, Xenia, for pltf; Wm. G. Frizell, Xenia, for deft.

19118—Peter Madjorous v. State; error to the Summit Appeals. Jonathon Taylor, Akron, for pltf; J. W. Booth, Pros. Atty., Akron, for deft.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
#### CASES DECIDED
##### TUESDAY, MAY 5, 1925
##### GENERAL DOCKET

18564—Cincinnati (City) v. American Telephone & Telegraph Co.; error to Hamilton Appeals. Judgment affirmed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 5-9-24, 2 Abs. 338.

18565—Cincinnati (City) v. Norfolk & Western R. R. Co.; error to Hamilton Appeals. Judgment affirmed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 5-6-24, 2 Abs. 339.

18566—Cincinnati (City) v. Western Union Telegraph Co.; error to Hamilton Appeals. Judgment affirmed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 5-6-24 2 Abs. 339.

18691—Mary I. Reinbolt v. Joseph F. Reinbolt; error to Sandusky Appeals. Judgment affirmed. Jones, Matthias, Day, Allen and Robinson, JJ., Kinkade, J., not participating. Dock. 7-7-24, 2 Abs. 452.

18879—State, ex rel. Fred W. Thomas v. William J. Semple, Director of Finance of Cleveland. In Mandamus. Writ denied. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 12-24-24, 3 Abs. 2.

18924—Nelson B. Cramer et al. v. Isadore M. Cohen; error to Hamilton Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., not participating. Dock. 1-21-25, 3 Abs. 66.

18985—Martin Knudson v. State of Ohio; error to Wood Appeals. Pet. in err. as of right dismissed, no debatable const. question. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-28-25, 3 Abs. 146; OA. 3 Abs. 105.